UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6132-GW-PVCx | Date | September 6, 2024 |
|---|---|---|---|
| Title | *Alvaro Orosco v. Clifford S. Abelson* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 5, 2024, Plaintiff Alvaro Orosco filed a Notice of Settlement. The Court vacates Defendant's motion to dismiss [10] set for hearing on September 26, 2024 with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for October 7, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on October 4, 2024.

| | : |
|---|---|
| Initials of Preparer | JG |